SET ASIDE APPELLANT'S CONVICTIONS BASED ON THE RATIO-NALE OF *UNITED STATES v. KIRKLAND* DUE TO THE UNRE-SOLVED APPEARANCE OF UNFAIRNESS?

Briefs will be filed under Rule 25.

No. 15–0206/NA. U.S. v. Jeffrey F. Morris. CCA 201300348. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 29, 2014.

No. 15–0209/AF. U.S. v. Logan B. Carr. CCA 38025. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 29, 2014.

Tuesday, December 9, 2014

No. 14–0773/AF. U.S. v. Jeremiah L. Thompson III. CCA 38269. On consideration of the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue: